**Lynda MARQUARDT, Plaintiff–Appellant,**

v.

**Michael O. LEAVITT, Secretary, Department of Health & Human Services, Defendant–Appellee.**

No. 08–10190
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 25, 2008.

Delila Ledwith, Grapevine, TX, for Plaintiff–Appellant.

T.J. Johnson, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Defendant–Appellee.

Before SMITH, STEWART, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Lynda Marquardt appeals a summary judgment entered in her title VII case. She mainly contends the district court should not have dismissed her claims of age and sex discrimination for failure to initiate her administrative remedies within the required period of time. For the most part, however, she appears to acknowledge that her argument for timeliness is foreclosed by *Rowe v. Sullivan,* 967 F.2d 186 (5th Cir.1992), on which the district court properly relied. On her retaliation claim, the district court correctly concluded that

Marquardt failed to show a causal link between her protected activity and the adverse employment action.

The district court issued a comprehensive and persuasive Memorandum Opinion and Order. The summary judgment is AFFIRMED, essentially for the reasons given by the district court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set fourth in 5TH CIR. R. 47.5.4.